UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No.  4:25-CR-00155-SRC |
| v. | ) |
| | ) |
| TONIA HADDIX, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW William S. Margulis and the law firm of Margulis Gelfand, LLC, and hereby enters his appearance on behalf of the above-named Defendant.

Respectfully submitted,

**Margulis Gelfand, LLC**

 */s/ William S. Margulis*
JUSTIN K. GELFAND, #62265MO
WILLIAM S. MARGULIS, #37625MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
bill@margulisgelfand.com
*Counsel for Defendant*

## Certificate of Service

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ William S. Margulis*
JUSTIN K. GELFAND, #62265MO
WILLIAM S. MARGULIS, #37625MO
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
bill@margulisgelfand.com
*Counsel for Defendant*