IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 4:25-CR-00155 SRC |
| v. | |
| TONIA HADDIX | AFFIDAVIT IN SUPPORT OF MOTION TO REVOKE BOND |

I, Darren S. Boehlje, being duly sworn, do hereby depose and state:

1. I am a Special Agent for the Federal Bureau of Investigation (FBI), where I have been so employed since April 2011. Previously, I was employed with the FBI since August 2006 in an Analyst capacity. I am currently assigned to the FBI Saint Louis Field Office, in Saint Louis, Missouri. My duties as a FBI Special Agent include investigating violations of federal criminal statutes primarily in the areas of fraud, public corruption, and criminal civil rights. I am one of the Special Agents who investigated the underlying allegations, facts and circumstances which led to the charges and Defendant's guilty plea in the instant case.

2. On July 10, 2025, I conducted an interview of a Special Agent of the United States Fish and Wildlife Service. I learned the following during that interview:

   A. On July 7, 2025, Chief Magistrate Judge Willie J. Epps, Jr. of the Western District of Missouri signed a search warrant authorizing the search of Defendant Haddix's residence and business located in Sunrise Beach, Missouri.

   B. On July 9, 2025, the search warrant was executed by Special Agents of the United States Fish and Wildlife Service, including the Special Agent I interviewed on July 10, 2025, along with Special Agents of the United States Internal Revenue Service

GOVERNMENT EXHIBIT 1

and the United States Department of Agriculture at Defendant Haddix's residence and business. Defendant Haddix was present during the search of her residence and business. In the basement of Defendant Haddix's residence, the Special Agents located and identified a living mature female chimpanzee confined within a large caged enclosure. Based upon my own prior investigation, I believe this to be the same basement caged enclosure where Defendant Haddix had previously housed and concealed the chimpanzee Tonka.

3.  On July 10, 2025, the United States Attorney's Office received information from a United States Pretrial Services Supervisory Officer. That information, which I have reviewed, revealed that on April 14, 2025, United States Pretrial Services Officers performed an unannounced visit to Defendant Haddix's residence and business, pursuant to Defendant's conditions of release. Despite identifying themselves and announcing their presence, the Officers were delayed from entering the gated premises by Defendant's husband for some period of time. Defendant's husband advised the Officers that he and Defendant were getting ready to leave the residence. Once permitted entry, and inside the first floor of the residence, the Officers repeatedly inquired as to the whereabouts of the Defendant, and were told by Defendant's husband that she was in the basement feeding monkeys. Ultimately, Defendant came upstairs from the basement in pajamas and a hairnet. Defendant then escorted the Officers outside and into the adjacent Safari business area. Finally, upon being allowed into the residence, and in searching the basement, the Officers observed the aforementioned caged enclosure, but it was empty. Within the caged enclosure the Officers observed what they believed to be fresh dung, as well as flies throughout. They also observed blankets, an empty Gatorade bottle and a half-eaten sucker within the cage. Based upon these facts and my

experience, I believe that Defendant took steps to move and conceal the mature female chimpanzee from the Pretrial Services Officers during that home visit.

I state under the penalty of perjury that the foregoing is true and correct.

JULIA MARIE HURST
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MAY 18, 2029
ST. LOUIS CITY
COMMISSION #13690947

Signed: 
Name: Darren Boehlje
Title: Special Agent, Federal Bureau of Investigation (FBI)

Dated this 14th day of July, 2025
Julia Marie Hurst